In the Matter of the Application of ALPHONSO P. ANTHONY for a Certiorari Order against THE STATE ALCOHOLIC BEVERAGE CONTROL BOARD, Respondent.— This is a certiorari proceeding to review the action of the State Liquor Authority revoking the petitioner's license to sell beer at retail for consumption on the premises pursuant to the provisions of chapter 180 of the Laws of 1933.* The license to sell beer at retail for consumption on the premises located at 436 Factory street, Watertown, N. Y., was issued to petitioner on July 19, 1933. On March 14, 1934, the Jefferson county alcoholic beverage control board recommended that the license be revoked on the ground that petitioner's premises had ceased to be a *bona fide* restaurant. Investigations were made by the State Board and considerable testimony was taken before a member of the State Liquor Authority, before whom petitioner was given a hearing. There is evidence to sustain the findings of the board that petitioner's premises ceased to be a *bona fide* restaurant. Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of PAUL MAGLIATO, Petitioner, for a Certiorari Order against THE STATE LIQUOR AUTHORITY, Respondent.— Certiorari to review the order of the State Liquor Authority revoking petitioner's license to sell liquor, wines and beer for consumption on the premises. Petitioner held a license to sell liquor, wine and beer for consumption on the premises. His license has been revoked for the sale of a bottle of apple jack to be consumed off the premises. The testimony of the witness to whom the sale is alleged to have been made is not disputed. Petitioner at the hearing appeared without attorney, was sworn and testified, and now claims that this violated his constitutional rights under article 1, section 6, of the Constitution, in that he was compelled to give testimony against himself. Order and determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

* Alcoholic Beverage Control Law.— [REP.